ERIC GRANT
United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLES JAMES BILLINGSLEY, JR.,<br><br>   Defendant. | 2:19-CR-00231-09 WBS<br><br>FINAL ORDER OF FORFEITURE |

On June 10, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Charles James Billingsley, Jr. forfeiting to the United States the following property:

   a.   Approximately $29,900.00 in U.S. Currency, plus all accrued interest, and
   b.   Approximately $4,226.00 in U.S. Currency, plus all accrued interest.

Beginning on June 12, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

  a. Danielle Shearay Bailey:  A notice letter was sent via certified mail to Danielle Shearay Bailey at 859 William Moss Boulevard, Stockton, CA 95206 on June 11, 2025.  The certified envelope was returned to the U.S. Attorney's Office as "not deliverable as addressed, unable to forward" on June 16, 2025.

  b. Danielle Shearay Bailey:  A notice letter was sent via certified mail to Danielle Shearay Bailey at 5652 Turtle Valley Dr., Stockton, CA 95207-4560 on June 17, 2025.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Danielle Bailey on June 21, 2025.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Charles James Billingsley, Jr. and Danielle Shearay Bailey.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  October 28, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE